AO 91 (Rev. 09/25 NDIN) Criminal Complaint

# UNITED STATES DISTRICT COURT

for the

Northern District of Indiana

| | | |
|---|---|---|
| United States of America<br>v.<br>DAVIEN JOE MACKEY<br><br>*Defendant(s)* | ) | SEALED<br>Case No. 3:26-mj-80 SJF |

## CRIMINAL COMPLAINT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of September 19, 2026 in the county of St. Joseph in the Northern District of Indiana, the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| 18 U.S.C. § 922(a)(6) | Knowingly making a false statement in connection with the purchase of a firearm |

This criminal complaint is based on these facts:

See attached affidavit.

☑ Continued on the attached sheet.

Brandon Stec
*Complainant's signature*

Brandon Stec, TFO
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by email transmission and telephonic confirmation.

Date: 09/21/2026

s/Scott J. Frankel
*Judge's signature*

City and state: South Bend, Indiana

Honorable Scott J. Frankel
*Printed name and title*

# AFFIDAVIT

Comes now your affiant, Brandon Stec, Task Force Officer with the Bureau of Alcohol, Tobacco, Firearms, and Explosives (ATF), being sworn, deposes and states the following:

*Introduction*

1. I am a sworn South Bend Police Officer and Task Force Officer assigned to the ATF Project Disarm Task Force. This Task Force investigates violations of Federal Firearm Laws as well as other violations relating to the possession and use of illegal firearms, and the use of firearms while engaged in the distribution and manufacturing of controlled substances, in the Northern District of Indiana. It is common for the ATF to receive referrals from local law enforcement regarding violations of Federal Firearm Laws.

2. Based on my training and experience and the facts set forth in this affidavit, there is probable cause to believe that a violation of 18 U.S.C. § 922(a)(6), knowingly making a false statement in connection with the purchase of a firearm, has been committed by Davien Mackey.

3. This affidavit is intended to show only that there is sufficient probable cause to support a criminal complaint and arrest warrant and does not set forth all my knowledge about this matter. The information contained in this affidavit is based on my own personal observations and conversations

with witnesses, audio and/or video recordings, and information provided to me by other law enforcement officers involved in the investigation.

*Person to Be Arrested*

4. I seek to arrest and criminally complain Davien Joe Mackey (DOB: 02/XX/2005) for violations of Title 18, United States Code, Section 922(a)(6).

*The Investigation*

5. On September 19, 2026, the South Bend Police Department responded to a shooting at Eddy Street Commons located at 1234 North Eddy Street, South Bend, Indiana. Officers learned during the shooting incident a female was struck by gunfire as well as a South Bend Police Officer.

6. Upon processing the crime scene, a firearm, a casing, and a projectile were collected. The firearm was identified as a Derya Arms DY9 9mm pistol with serial number TG970-24L83012 with a Glock upper. An urgent trace was completed on the firearm, and it was discovered the firearm had been purchased just thirteen days prior by Davien Mackey from Dunham's Sports located at 5851 Grape Road Mishawaka, Indiana.

7. On September 20, 2026, ATF Special Agent Kyle Lerch and I went to Dunham's Sports to retrieve the ATF Form 4473 that was filled out by the firearm's purchaser. Upon reviewing the ATF Form 4473, Davien Mackey provided an address of 1122 North Michigan Street Elkhart, Indiana 46514 as his current residence address. On the ATF Form 4473 there is a paragraph

which requires a signature of acknowledgement which in part states: "I also understand that making any false oral or written statement, or exhibiting any false or misrepresented identification with respect to this transaction, is a crime punishable as a felony under Federal Law, and may also violate State and/or local law." Mackey signed below this statement in acknowledgement on the form.

8. On September 20, 2026, ATF TFO Christopher Faigh, South Bend Police Detective Stephanie Northcutt, and I visited the residence at 1122 North Michigan Street to contact Mackey. Upon arrival, we met Mackey's mother, Teesha Gipson, and her daughter Diojonae Mackey. Upon speaking with Gipson, she stated Davien Mackey had moved out of the residence approximately five months prior and was currently living on the north side of Elkhart. Additionally, Gipson provided information that Mackey was at Notre Dame campus located across the street from Eddy Street Commons on the night of the shooting. Further, Gipson stated Mackey is into firearms and she did not understand why. Gipson and Diojonae provided a cellular phone number for Mackey which matched the one provided by Dunham's Sports. Gipson said Mackey has a new girlfriend who resides in South Bend.

9. I then called the phone number provided and spoke with Mackey, who agreed to meet me at the South Bend Police Department on September 20, 2026, to speak about the firearm. Mackey never came to the interview and has since ignored any attempts to make contact with him.

*Conclusion*

Because this Affidavit is being submitted for the limited purpose of establishing probable cause for the issuance of an arrest warrant and a complaint charging Davien Joe Mackey with violations of Title 18, United States Code, Section 922(a)(6), it does not contain all information known to me concerning this investigation.

Further your affiant sayeth not.

Brandon Stec
Brandon Stec, Task Force Officer
Bureau of Alcohol, Tobacco, Firearms, & Explosives

Subscribed and sworn before me

This 21st day of September, 2026.

s/Scott J. Frankel
Honorable Scott J. Frankel
Magistrate Judge
Northern District of Indiana